UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P & C CAPITAL GROUP,<br><br>　　　　Defendant. | Case No. 14-cv-02003-JCS<br><br>**ORDER STAYING CASE AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 14 |

Pursuant to the Plaintiff's Notice of Settlement, filed on July 30, 2014, ECF Docket No. 14, IT IS HEREBY ORDERED THAT:

1. This case shall be stayed for sixty (60) days.

2. An updated case management conference statement shall be due by September 26, 2014.

3. The case management conference set for August 3, 2014, at 2:00 PM, is continued to **October 3, 2014, at 2:00 PM.**

**IT IS SO ORDERED.**

Dated: July 31, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　United States Magistrate Judge